

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Toney Alfonso Johnson

                Plaintiff,

V.

Lee, Doctor; S. Rascon

                Defendant.

Civil Action No. 17-cv-0095-CAB-BLM

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Dismisses this civil action without further leave to amend for failure to state a claim upon which § 1983 relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and § 1915A(b)(1); Certifies that an IFP appeal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3), and Directs the Clerk of Court to enter a final judgment of dismissal and close the file.

Date: 10/27/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Gutierrez

                J. Gutierrez, Deputy